**Opinion issued August 13, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00168-CV

————————————

**QUENTIN KYLE, Appellant**

**V.**

**SHAKERIA KYLE, Appellee**

---

**On Appeal from the 505th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 22-DCV-290919**

---

## MEMORANDUM OPINION

Appellant, Quentin Kyle, filed a notice of appeal from the trial court's February 26, 2024 Final Decree of Divorce. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b),

51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On March 22, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by April 22, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Guerra, and Farris.